TIMOTHY COURCHAINE
United States Attorney
District of Arizona
REGAN PAULS
Special Assistant U.S. Attorney
Wisconsin State Bar No. 1116043
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Regan.Pauls@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>      vs.<br><br>Edwin Andres Valdez-Gutierrez,<br>  a.k.a. Edwin Valdez-Gutierrez,<br><br>              Defendant. | No. CR-25-00392-PHX-DLR<br><br>**I N D I C T M E N T**<br><br>VIO:  18 U.S.C. § 111(a)<br>         (Assault on a Federal Officer)<br>         Count 1<br><br>         8 U.S.C. § 1326(a)<br>         (Reentry of Removed Alien)<br>         Count 2 |

**THE GRAND JURY CHARGES:**

## **COUNT 1**

On or about February 10, 2025, in the District of Arizona, the defendant, EDWIN ANDRES VALDEZ-GUTIERREZ, did intentionally and forcibly assault, resist, oppose, impede, intimidate, interfere and make contact with Immigration and Customs Enforcement Officer B.C., a person designated under Title 18 U.S.C. § 1114 while Officer B.C. was engaged in or on account of the performance of his official duties.

In violation of Title 18, United States Code, Section 111(a).

## **COUNT 2**

On or about February 10, 2025, at or near Phoenix, in the District of Arizona, the defendant, EDWIN ANDRES VALDEZ-GUTIERREZ, an alien, was found in the United States after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 28, 2022, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: March 12, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
REGAN PAULS
Special Assistant U.S. Attorney